# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137507

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIONTA DEMARIO HILL,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137507
COA: 287211
Oakland CC: 08-218525-FC

      On order of the Court, the application for leave to appeal the September 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009
                                   Clerk